[No. 2349–3.   Division Three.   September 15, 1977.]

*In the Matter of the Marriage of* MARY COUNTRYMAN, *Petitioner, and* CHARLES C. COUNTRYMAN, *Respondent.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 20143, W. R. Cole, J., entered April 4, 1977. *Reversed* by unpublished per curiam opinion.

[No. 1942–3.   Division Three.   September 22, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. WALTER EDWARD SPENCER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 24012, Donald N. Olson, J., entered March 1, 1976. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 2095–3.   Division Three.   September 26, 1977.]

NORTH PACIFIC LUMBER COMPANY, *Appellant,* v. MOUNTAIN VIEW ACRES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 23294, Fred Van Sickle, J., entered August 13, 1976. *Affirmed* by unpublished per curiam opinion.